Opinion issued November 21, 2012



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01-12-00933-CV

---

### CRYSTAL FLORES AND JESSIE FLORES, Appellants

### V.

### MEMORIAL HERMANN HEALTHCARE SYSTEM AND RAYMOND MIRO, M.D., Appellees

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-30120**

---

## MEMORANDUM OPINION

Appellants, Crystal Flores and Jessie Flores, filed an interlocutory appeal from the trial court's order signed September 7, 2012. Appellants have filed a

letter with the Clerk of this Court informing the Court that the trial court vacated the appealed order and asking that the appeal be dismissed as moot. The Court construes this letter as a motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.